09/09/2005  11:34   5108324787                LAW OFFICE PAUL REIN              PAGE 03/04
09/08/2005  11:35   5108397041                JED SOMIT. ATTORNEY               PAGE 02/03

Jed Somit, Esq. # 72747
1440 Broadway - Suite 910
Oakland, CA 94612
510-839-3215
jedsomitattorney@jedsomit.com

Attorney for Defendants
Montero's Café, Inc. and
Juan Romo

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALL,<br>    Plaintiff<br>vs.<br>MONTERO'S CAFÉ, INC., et al. | No. C05-02754 CRB<br><br>STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT |

Plaintiff Peni Hall and defendants Montero's Café, Inc. and Juan Romo hereby stipulate that defendants Montero's Café, Inc. and Juan Romo shall have to and including September 14, 2005, to serve an answer to plaintiff's Complaint in this action.

Dated:   September 7, 2005

Jed Somit, Esq.
Attorney for Defendants
MONTERO'S CAFÉ, INC., and
JUAN ROMO

Dated:   September 8, 2005

Paul Rein, Esq.
Law Offices of Paul Rein
Attorneys for Plaintiff PENI HALL

JED SOMIT, ESQ.
1440 Broadway, #910
Oakland, CA 94612
510-839-3215
510-839-7041 fax

1

Extention of time to serve answer is approved.

Dated: Sept. 14, 2005

THE HONORABLE CHARLES R. BREYER
DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer — United States District Court, Northern District of California*

JED SOMIT, ESQ.
1440 Broadway, #910
Oakland, CA 94612
510-839-3215
510-839-7041 fax

2