PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorney for Plaintiff:
PENI HALL


JED SOMIT, Esq. (SBN 72747)
1440 Broadway, Suite 910
Oakland, CA 94612
Tel: (510) 839-3215

Attorney for Defendants:
MONTERO'S CAFÉ, INC.; JUAN ROMO


CURTIS R. HAGAN, Esq. (SBN 164310)
BORTON, PETRINI & CONRON LLP
463 Pacific Ave.
San Francisco, CA 94133
(415) 677-0730

Attorney for Defendants:
ESTHER NAGAO TRUST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENI HALL,<br><br>    Plaintiff,<br><br>v.<br><br>MONTERO'S CAFÉ, INC.; JUAN ROMO (a.k.a. JONATHAN ROMO); ESTHER F. NAGAO; and DOES 1-25, Inclusive,<br><br>    Defendants<br>_____/ | CASE NO. C05-2754 CRB<br><u>Civil Rights</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:  December 2, 2005<br>Time:  8:30 a.m.<br>Judge: Hon. Charles R. Breyer<br>Place: U.S. District Court<br>           19th Floor, Courtroom 8<br>           450 Golden Gate Ave.<br>            San Francisco, CA 94102 |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Further Case Management Conference: Case No. C05-2754 CRB**

— 1 —
s:\jm\cases\m\monteros\pleadings\stip to continue further cmc.doc

1  Plaintiff PENI HALL and defendants MONTERO'S CAFÉ, INC.; JUAN ROMO;
2  and ESTHER F. NAGAO TRUST, hereby jointly stipulate and request that the Court continue
3  the currently scheduled Further Case Management Conference from the current date of
4  December 2, 2005, to December 16, 2005.
5  Good cause exists for continuing the scheduling conference:
6  1.  On October 7, 2005, an initial Case Management Conference was held in
7  this case in front of Judge Charles R. Breyer.  At that time, Judge Breyer set a Further Case
8  Management Conference for December 2, 2005.
9  2.  However, at that time plaintiff's counsel was not aware that plaintiff's
10  counsel Paul Rein will be out of the state on that date speaking at a lawyer's seminar.  Paul Rein
11  will be attending the Further Case Management Conference on behalf of plaintiff.
12  3.  The parties have held a cooperative site inspection, and defendants have
13  voluntarily provided information regarding work done at the subject premises.  Plaintiff is
14  awaiting a report from his access consultants and, once he has received the report, will make a
15  demand for injunctive relief upon defendants.
16  4.  No trial or pre-trial dates have been set in this case, and no party will be
17  prejudiced by a short continuance of the Further Case Management Conference.

19  Therefore, the parties now hereby request that the further case management
20  conference be continued to December 16, 2005 at 8:30 a.m., with a further Case Management
21  Statement to be filed no later than December 9, 2005.

23  Dated: November 14, 2005          PAUL L. REIN
                                       PATRICIA BARBOSA
24                                     JULIE MCLEAN
                                       LAW OFFICES OF PAUL L. REIN

27                                     /s/ Julie McLean
                                       Attorneys for Plaintiff
                                       PENI HALL

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Continue Further Case Management Conference: Case No. C05-2754 CRB**

– 2 –

s:\jm\cases\m\monteros\pleadings\stip to continue further cmc.doc

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Dated: November 10, 2005            JED SOMIT, Esq.


/s/ Jed Somit
Attorneys for Defendants
MONTERO'S CAFÉ, INC.; JUAN ROMO


Dated: November 10, 2005            CURTIS HAGAN, Esq.
BORTON, PETRINI & CONRON LLP


/s/ Curtis Hagan
Attorneys for Defendant
ESTHER F. NAGAO TRUST

### ORDER

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

The Further Case Management Conference scheduled for December 2, 2005, is continued to December 16, 2005, at 8:30 a.m.  A further Case Management Statement shall be filed no later than December 9, 2005.

DATED: Nov. 14, 2005

HONORABLE CHARLES R. BREYER

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Continue Further Case Management
Conference: Case No. C05-2754 CRB                                   – 3 –