IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENI HALL, | No. C 05-02754 CRB |
| Plaintiff, | **AMENDED ORDER OF REFERENCE** |
| v. | |
| MONTERO'S CAFÉ, INC. et al., | |
| Defendants. / | |

IT HEREBY IS ORDERED that this case is referred to United States Magistrate Judge Joseph C. Spero for settlement purposes, attorney's fees, and any other issues that may arise, to be conducted by him.

**IT IS SO ORDERED.**

Dated: February 2, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2754\amended order reference.wpd